# Site Accessibility Evaluation

## Americans with Disabilities Act
## And
## Title 24 And Part 2 - California Building Code



**NORCAL Hospitality, Inc**

**21340 Devonshire St**
**Chatsworth, CA 91311**

**Exterior Parking Lot Only**

*Inspection Date: 08/14/2020*
*Inspector: Craig Lobnow*

**Prepared By**



**ProCASp**
Intelligent Accessibility Solutions

**(833) 776 - 2277**
**ProCASp.com**

Stephen Abraham
Lewis Brisbois Bisgaard & Smith, LLP
650 Town Center Drive, Ste. 1400
Costa Mesa, CA, 92626
08/14/2020

Dear Mr. Abraham,

Thank you for the opportunity to be of service to you by performing an accessibility evaluation for NORCAL Hospitality, Inc located at 21340 Devonshire St, Chatsworth, CA, 91311. The facility was inspected on 08/14/2020.

The ADA applies to this property because it is a public accommodation as defined in the Department of Justice's regulations implementing title III. 28 C.F.R. §36.104. Title III of the ADA requires that, as a place of public accommodation, the property owner is required to remove architectural barriers in existing facilities where such removal is readily achievable. 28 C.F.R. §36.304(a). Title III of the ADA requires that, as a place of public accommodation, the property owner should take measures to provide access to those areas of a place of public accommodation where goods and services are made available to the public. 28 C.F.R. 36.304(c)(2). Title III of the ADA also requires that, as a place of public accommodation, the property owner should take any other measures necessary to provide access to the goods, services, facilities, privileges, advantages, or accommodations of a place of public accommodation. 28 C.F.R. §36.304(c)(4).

Periodic maintenance to ensure continued accessibility is essential in providing a safe and usable environment. Parking lot markings, signage, door opening pressures, and maintaining clear floor space at doors and other elements and fixtures, available to the public, must be part of an ongoing maintenance schedule.

If you have any questions regarding this report, please feel free to contact me.

Sincerely,

Craig Lobnow, CASp #634

*NORCAL Hospitality, Inc - 21340 Devonshire St Chatsworth, CA 91311*

## Parking

### Finding: 1

The parking facilities have been found to be in substantial compliance with accessibility codes, standards, and regulations in regard to dimensions, markings, signage, and slopes.

### Citation:

**2019 CBC 11B Section: 208 and 502**

**2010 ADAS Section: 208 and 502**

*NORCAL Hospitality, Inc - 21340 Devonshire St Chatsworth, CA 91311*

**Finding #1 Additional Finding Photos**



**Finding #1 Additional Finding Photos**



9 feet

Accessible parking spaces are at least 9 feet wide



5 feet

Access aisle is 5 feet wide

**Finding #1 Additional Finding Photos**



3 foot X 3 foot ISA



12 inch lettering

*NORCAL Hospitality, Inc - 21340 Devonshire St Chatsworth, CA 91311*

**Finding #1 Additional Finding Photos**



18 feet 9 inches length



Diagonal lines 36 inches on center

**Finding #1 Additional Finding Photos**





**Finding #1 Additional Finding Photos**





*NORCAL Hospitality, Inc - 21340 Devonshire St Chatsworth, CA 91311*

**Finding #1 Additional Finding Photos**





## Finding #1 Additional Finding Photos





## Finding #1 Additional Finding Photos





**Finding #1 Additional Finding Photos**





**Finding #1 Additional Finding Photos**





**Finding #1 Additional Finding Photos**



*NORCAL Hospitality, Inc - 21340 Devonshire St Chatsworth, CA 91311*

**Finding #1 Additional Finding Photos**



**Finding #1 Additional Finding Photos**



Van accessible parking space is 12 feet wide                12 feet



*NORCAL Hospitality, Inc - 21340 Devonshire St Chatsworth, CA 91311*

**Finding #1 Additional Finding Photos**



5 feet

Access aisle is 5 feet wide



20 feet

Length is 20 feet 2 inches

**NORCAL Hospitality, Inc - 21340 Devonshire St Chatsworth, CA 91311**

**Finding #1 Additional Finding Photos**



12 inch lettering



36 inch X 36 inch ISA

**Finding #1 Additional Finding Photos**





**Finding #1 Additional Finding Photos**





**Finding #1 Additional Finding Photos**





*NORCAL Hospitality, Inc - 21340 Devonshire St Chatsworth, CA 91311*

**Finding #1 Additional Finding Photos**





*NORCAL Hospitality, Inc - 21340 Devonshire St Chatsworth, CA 91311*

**Finding #1 Additional Finding Photos**





*NORCAL Hospitality, Inc - 21340 Devonshire St Chatsworth, CA 91311*

**Finding #1 Additional Finding Photos**





*NORCAL Hospitality, Inc - 21340 Devonshire St Chatsworth, CA 91311*

## Finding #1 Additional Finding Photos





*NORCAL Hospitality, Inc - 21340 Devonshire St Chatsworth, CA 91311*

**Finding #1 Additional Finding Photos**





*NORCAL Hospitality, Inc - 21340 Devonshire St Chatsworth, CA 91311*

**Finding #1 Additional Finding Photos**





*NORCAL Hospitality, Inc - 21340 Devonshire St Chatsworth, CA 91311*

## Curb Ramp

### Finding: 2

The curb ramp has been found to be in substantial compliance with accessibility codes, standards, and regulations in regard to dimensions and slopes..

### Citation:

**2019 CBC 11B Section: 406**

**2010 ADAS Section: 406**



*NORCAL Hospitality, Inc - 21340 Devonshire St Chatsworth, CA 91311*

**Finding #2 Additional Finding Photos**





*NORCAL Hospitality, Inc - 21340 Devonshire St Chatsworth, CA 91311*

**Finding #2 Additional Finding Photos**





*NORCAL Hospitality, Inc - 21340 Devonshire St Chatsworth, CA 91311*

**Finding #2 Additional Finding Photos**



